

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

JUN 1 2 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA | * C A B - 0 2 - 1 2 7 |
| | * |
| VS | * CR. NO. B-98-394-01 |
| | * |
| MANUEL ALBERTO MARTINEZ | * |

## ORDER OF SEVERANCE

The Court, having reviewed the pleadings filed by Petitioner, finds he raises three causes of action, as follows:

1. Petitioner's "Motion Requesting Appointment of New Counsel Due to Governments Appointment of Ineffective Counsel" (Dkt. No. 100) was construed as a 28 U.S.C. § 2255 Habeas Petition (Dkt. No. 101) Criminal No. B-98-394-01.

2. Petitioner's "Motion Requesting Appointment of Legal Counsel Due to Governments Violation of Federal Civil Rights Laws of Defendant Prior to Sentencing" (Dkt. No. 104) alleges 42 U.S.C. § 1983 violations against the U.S. Marshal Service, the Victoria County Jail, Harris County Jail and Cameron County Jail. The Court construes this motion as a separate cause of action.

3. Petitioner's Motion (Dkt. No. 113) raises American with Disabilities Act violations against the U.S. Department of Justice and the Federal Medical Facility in Fort Worth, Texas. The Court construes this motion as a separate cause of action.

Accordingly, the Court orders the United States District Clerk to SEVER Petitioner's Motion alleging federal civil rights violations, 42 U.S.C. § 1983, (Dkt. No. 104) from Criminal No. B-98-394 and cause a new file to be opened bearing a new cause number. Docket number 111(in forma pauperis) and docket number 112 will be made part of a new file.

Further, the Court ORDERS the United States District Clerk to SEVER Petitioner's Motion alleging violations of the ADA (Dkt. No. 113) from B-98-394 and cause a new file to be opened bearing a new cause number. Docket number 117 will be made a part of the new file.

This order is made by the Court's authority under Rule 42 Federal Rules of Civil Procedure.

DONE this _12th_ Day of June 2002 at Brownsville, Texas.

Felix Recio
United States Magistrate Judge