AO 240 (Rev. 9/96)

# United States District Court

DISTRICT OF Southern District, Brownsville Division

United States District Court
Southern District of Texas
FILED

JUN 1 2 2002

Michael N. Milby
Clerk of Court

U.S.A.
                Plaintiff

V.

Manuel Alberto Martinez
                Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

United States District Court
Southern District of Texas
FILED

JUN 03 2002

Michael N. Milby, Clerk of Court

CASE NUMBER    B-98-394-1

B-02.127

I Manuel Alberto Martinez declare that I am the (check appropriate box;

[x] petitioner/plaintiff/movant          [ ] other

in the above entitled proceeding, that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion

In support of this application. I answer the following questions under penalty of perjury:

1  Are you currently incarcerated?     [x] Yes     [ ] No     (If "No" go to Part 2)

   If "Yes" state the place of your incarceration  BOP, Realty House (Home Confinement)

   Are you employed at the institution? — No     Do you receive any payment from the institution?  No

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions

2  Are you currently employed?     [ ] Yes     [xx] No

   a  If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer

   b  If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer

3  In the past 12 twelve months have your received any money from any of the following sources?

   a  Business, profession or other self-employment     [ ] Yes     [x] No
   b  Rent payments, interest or dividends     [ ] Yes     [x] No
   c  Pensions, annuities or life insurance payments     [ ] Yes     [x] No
   d  Disability or workers compensation payments     [ ] Yes     [x] No
   e  Gifts or inheritances     [ ] Yes     [x] No
   f  Any other sources     [x] Yes     [ ] No

If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive  Gifts From Wife - $50.00 Monthly

AO 240 (Rev. 3/96)

4    Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☒ No

If "Yes" state the total amount _____     _____

5    Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

If "Yes" describe the property and state its value

6    List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support          No Dependents

I declare under penalty of perjury that the above information is true and correct.

5-30-2002

DATE

SIGNATURE OF APPLICANT

# CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _31.04_ on account to his/her

credit at (name of institution) _FMC Fort Worth_ . I further certify

that the applicant has the following securities to his/her credit: _6 mos deposit $1365.00_

_withdrawals $279.23_ . I further certify that during the past six months the applicant's

average balance was $ _See Attached Statement_ .


_4-16-02_
DATE

_J. Wester_
SIGNATURE OF AUTHORIZED OFFICER

ACCOUNT
STATEMENT

IC FT. WORTH*LIMITED OFFICAL USE*          DATE 04/16/02
50 Horton Road                             PAGE No.01
rt Worth, TX 76119

Account # 88613080

MARTINEZ MANUEL ALBERTO
DAL

| --BEGINNING--- | | AVAILABLE | ENCUMBRANCE | OUTSTANDING | SPECIAL | ACCOUNT |
|---|---|---|---|---|---|---|
| | | BALANCE | BALANCE | BALANCE | BALANCE | BALANCE |
| | | 74.09 | .00 | .00 | .00 | 74.09 |

| NVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT \|\|\|\|\|\|\|\|\|\|\|\| |  |
|---|---|---|---|---|---|
| 000061 | 9:18 | 10-01-01 | SALE / REGULAR | 32.72- | 41.37 |
| 3446D8 | 20:27 | 10-07-01 | DEPOSIT ITS FUNDS | 2.00- | 39.37 |
| 000061 | 8:27 | 10-09-01 | SALE / REGULAR | 8.10- | 31.27 |
| 34C443 | 11:43 | 10-14-01 | DEPOSIT ITS FUNDS | 2.00- | 29.27 |
| 000037 | 8:48 | 10-15-01 | SALE / REGULAR | 11.05- | 18.22 |
| 353675 | 9:13 | 10-21-01 | DEPOSIT ITS FUNDS | 1.00- | 17.22 |
| 000006 | 8:58 | 10-22-01 | SALE / REGULAR | 16.35- | .87 |
| T01945 | 12:45 | 10-22-01 | MONEY ORDER | 40.00 | 40.87 |
| 3587D8 | 20:30 | 10-26-01 | DEPOSIT ITS FUNDS | 2.00- | 38.87 |
| 000072 | 9:27 | 10-29-01 | SALE / REGULAR | 6.60- | 32.27 |
| T02829 | 11:33 | 11-02-01 | MONEY ORDER | 25.00 | 57.27 |
| 361030 | 13:47 | 11-04-01 | DEPOSIT ITS FUNDS | 2.00- | 55.27 |
| 000062 | 8:50 | 11-06-01 | SALE / REGULAR | 13.23- | 42.04 |
| 368F47 | 20:39 | 11-10-01 | DEPOSIT ITS FUNDS | 2.00- | 40.04 |
| 369410 | 8:35 | 11-11-01 | DEPOSIT ITS FUNDS | 2.00- | 38.04 |
| 000052 | 8:35 | 11-13-01 | SALE / REGULAR | 7.95- | 30.09 |
| A71CA7 | 13:04 | 11-18-01 | DEPOSIT ITS FUNDS | 1.00- | 29.09 |
| 3725A0 | 20:25 | 11-18-01 | DEPOSIT ITS FUNDS | 1.00- | 28.09 |
| 000099 | 9:21 | 11-19-01 | SALE / REGULAR | 8.15- | 19.94 |
| T04124 | 13:12 | 11-19-01 | MONEY ORDER | 25.00 | 44.94 |
| 373812 | 20:41 | 11-19-01 | DEPOSIT ITS FUNDS | 2.00- | 42.94 |
| 000066 | 8:46 | 11-26-01 | SALE / REGULAR | 10.25- | 32.69 |
| C04834 | 11:48 | 11-28-01 | MONEY ORDER | 40.00 | 72.69 |
| 37D699 | 20:51 | 11-30-01 | DEPOSIT ITS FUNDS | 2.00- | 70.69 |
| 3804AA | 20:29 | 12-02-01 | DEPOSIT ITS FUNDS | 2.00- | 68.69 |
| 000058 | 8:35 | 12-03-01 | SALE / REGULAR | 12.55- | 56.14 |
| C0S005 | 13:37 | 12-07-01 | FIN. RESP. ACT | 25.00- | 31.14 |
| 86185 | 20:32 | 12-07-01 | DEPOSIT ITS FUNDS | 1.00- | 30.14 |
| 388F01 | 19:13 | 12-09-01 | DEPOSIT ITS FUNDS | 1.00- | 29.14 |
| 000053 | 8:30 | 12-10-01 | SALE / REGULAR | 13.92- | 15.22 |
| 38F8E6 | 20:52 | 12-14-01 | DEPOSIT ITS FUNDS | 1.00- | 14.22 |
| 391F35 | 19:45 | 12-16-01 | DEPOSIT ITS FUNDS | 1.00- | 13.22 |
| 000060 | 8:19 | 12-17-01 | SALE / REGULAR | 12.65- | .57 |
| C07076 | 12:26 | 12-19-01 | MONEY ORDER | 50.00 | 50.57 |
| 39666D | 19:08 | 12-20-01 | DEPOSIT ITS FUNDS | 2.00- | 48.57 |
| 398C0C | 13:48 | 12-22-01 | DEPOSIT ITS FUNDS | 2.00- | 46.57 |
| 39A58E | 20:00 | 12-23-01 | DEPOSIT ITS FUNDS | 2.00- | 44.57 |
| 39C6E1 | 16:37 | 12-25-01 | DEPOSIT ITS FUNDS | 1.00- | 43.57 |
| C07748 | 12:25 | 12-26-01 | MONEY ORDER | 50.00 | 93.57 |
| 39FAC2 | 20:27 | 12-28-01 | DEPOSIT ITS FUNDS | 2.00- | 91.57 |

```
                    ACCOUNT
0                   STATEMENT
FMC FT. WORTH*LIMITED OFFICAL USE*          DATE 04/16/02
3150 Horton Road                            PAGE No.02
Fort Worth, TX 76119
```

Account # 88613080

MARTINEZ MANUEL ALBERTO
DAL

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---------|------|------|------------------------|--------|---|
| 000066 | 8:51 | 01-02-02 | SALE / REGULAR | 13.62- | 76.95 |
| 3A5303 | 19:20 | 01-02-02 | DEPOSIT ITS FUNDS | 1.00- | 75.95 |
| 3A804A | 20:32 | 01-04-02 | DEPOSIT ITS FUNDS | 2.00- | 73.95 |
| 3A8EC1 | 15:07 | 01-05-02 | DEPOSIT ITS FUNDS | 1.00- | 72.95 |
| 000045 | 8:48 | 01-07-02 | SALE / REGULAR | 8.60- | 64.35 |
| 000047 | 8:50 | 01-07-02 | SALE / REGULAR | .90- | 63.45 |
| 3AF0EC | 18:44 | 01-10-02 | DEPOSIT ITS FUNDS | 1.00- | 62.45 |
| 3B2F07 | 13:36 | 01-13-02 | DEPOSIT ITS FUNDS | 1.00- | 61.45 |
| 3B384A | 20:01 | 01-13-02 | DEPOSIT ITS FUNDS | 1.00- | 60.45 |
| 000075 | 8:10 | 01-14-02 | SALE / REGULAR | 5.52- | 54.93 |
| 3B8ED8 | 20:07 | 01-18-02 | DEPOSIT ITS FUNDS | 1.00- | 53.93 |
| 3B9AED | 15:06 | 01-19-02 | DEPOSIT ITS FUNDS | 1.00- | 52.93 |
| 3BBA37 | 19:11 | 01-21-02 | DEPOSIT ITS FUNDS | 1.00- | 51.93 |
| 000092 | 8:45 | 01-22-02 | SALE / REGULAR | 4.75- | 47.18 |
| 3BE043 | 17:35 | 01-24-02 | DEPOSIT ITS FUNDS | 2.00- | 45.18 |
| T10056 | 10:50 | 01-25-02 | MONEY ORDER | 50.00 | 95.18 |
| 3BF28B | 20:15 | 01-25-02 | DEPOSIT ITS FUNDS | 2.00- | 93.18 |
| 3BFDF6 | 15:07 | 01-26-02 | DEPOSIT ITS FUNDS | 2.00- | 91.18 |
| 000079 | 8:44 | 01-28-02 | SALE / REGULAR | 4.40- | 86.78 |
| 3C1EA4 | 20:40 | 01-28-02 | DEPOSIT ITS FUNDS | 1.00- | 85.78 |
| 3C2711 | 17:44 | 01-29-02 | DEPOSIT ITS FUNDS | 1.00- | 84.78 |
| 3C36BE | 20:14 | 01-30-02 | DEPOSIT ITS FUNDS | 2.00- | 82.78 |
| 3C5B4A | 20:30 | 02-01-02 | DEPOSIT ITS FUNDS | 1.00- | 81.78 |
| 3C8780 | 20:24 | 02-03-02 | DEPOSIT ITS FUNDS | 1.00- | 80.78 |
| 000068 | 8:44 | 02-04-02 | SALE / REGULAR | 9.60- | 71.18 |
| 3CD0B9 | 19:08 | 02-07-02 | DEPOSIT ITS FUNDS | 1.00- | 70.18 |
| 3CF7D0 | 14:30 | 02-09-02 | DEPOSIT ITS FUNDS | 1.00- | 69.18 |
| 3D1470 | 18:52 | 02-10-02 | DEPOSIT ITS FUNDS | 2.00- | 67.18 |
| 000070 | 8:14 | 02-11-02 | SALE / REGULAR | 5.90- | 61.28 |
| 3D4D30 | 20:39 | 02-13-02 | DEPOSIT ITS FUNDS | 1.00- | 60.28 |
| 3D61DD | 20:10 | 02-14-02 | DEPOSIT ITS FUNDS | 1.00- | 59.28 |
| 3D76AF | 20:25 | 02-15-02 | DEPOSIT ITS FUNDS | 1.00- | 58.28 |
| 3DAA83 | 20:04 | 02-18-02 | DEPOSIT ITS FUNDS | 1.00- | 57.28 |
| 000063 | 8:18 | 02-19-02 | SALE / REGULAR | 8.15- | 49.13 |
| 3DCADB | 21:05 | 02-20-02 | DEPOSIT ITS FUNDS | 1.00- | 48.13 |
| 3DE8B6 | 20:07 | 02-22-02 | DEPOSIT ITS FUNDS | 1.00- | 47.13 |
| 3E063E | 19:33 | 02-24-02 | DEPOSIT ITS FUNDS | 1.00- | 46.13 |
| 000055 | 8:13 | 02-25-02 | SALE / REGULAR | 7.15- | 38.98 |
| T12537 | 12:09 | 02-25-02 | MONEY ORDER | 50.00 | 88.98 |
| 3E310F | 22:15 | 02-27-02 | DEPOSIT ITS FUNDS | 1.00- | 87.98 |
| 3E3886 | 18:14 | 02-28-02 | DEPOSIT ITS FUNDS | 2.00- | 85.98 |
| 3E6EC9 | 8:11 | 03-03-02 | DEPOSIT ITS FUNDS | 1.00- | 84.98 |
| 3E7F60 | 20:05 | 03-03-02 | DEPOSIT ITS FUNDS | 1.00- | 83.98 |
| 000030 | 8:19 | 03-04-02 | SALE / REGULAR | 11.65- | 72.33 |

ACCOUNT
STATEMENT
MC FT. WORTH*LIMITED OFFICAL USE*          DATE 04/16/02
150 Horton Road                            PAGE No.03
ort Worth, TX 76119

Account # 88613080

MARTINEZ MANUEL ALBERTO
DAL

| NVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT |         |
|--------|------|------|-------------------------|--------|---------|
| 3EC15A | 20:02 | 03-07-02 | DEPOSIT ITS FUNDS | 1.00- | 71.33 |
| IOS011 | 8:44 | 03-08-02 | FIN. RESP. ACT | 25.00- | 46.33 |
| 3ED530 | 20:36 | 03-08-02 | DEPOSIT ITS FUNDS | 1.00- | 45.33 |
| 3EDD9D | 9:20 | 03-09-02 | DEPOSIT ITS FUNDS | 1.00- | 44.33 |
| 3F0326 | 20:08 | 03-10-02 | DEPOSIT ITS FUNDS | 1.00- | 43.33 |
| 000083 | 8:24 | 03-11-02 | SALE / REGULAR | 9.00- | 34.33 |
| 3F1377 | 20:04 | 03-11-02 | DEPOSIT ITS FUNDS | 1.00- | 33.33 |
| 3F5542 | 20:31 | 03-15-02 | DEPOSIT ITS FUNDS | 1.00- | 32.33 |
| 3F7948 | 20:19 | 03-17-02 | DEPOSIT ITS FUNDS | 1.00- | 31.33 |
| 3F89C2 | 20:54 | 03-18-02 | DEPOSIT ITS FUNDS | 1.00- | 30.33 |
| 3FA230 | 19:12 | 03-20-02 | DEPOSIT ITS FUNDS | 1.00- | 29.33 |
| 000126 | 15:09 | 03-21-02 | SALE / REGULAR | 28.39- | .94 |
| 14863 | 12:55 | 03-27-02 | MONEY ORDER | 50.00 | 50.94 |
| 0106D | 18:05 | 03-28-02 | DEPOSIT ITS FUNDS | 3.00- | 47.94 |
| 03EA5 | 19:02 | 03-31-02 | DEPOSIT ITS FUNDS | 1.00- | 46.94 |
| 00055 | 8:42 | 04-01-02 | SALE / REGULAR | 13.20- | 33.74 |
| 0A508 | 20:09 | 04-05-02 | DEPOSIT ITS FUNDS | 1.00- | 32.74 |
| 0DA6D | 19:15 | 04-07-02 | DEPOSIT ITS FUNDS | 2.00- | 30.74 |
| 00068 | 8:21 | 04-08-02 | SALE / REGULAR | 7.30- | 23.44 |
| 0EEB0 | 20:41 | 04-08-02 | DEPOSIT ITS FUNDS | 2.00- | 21.44 |
| 13D8E | 11:09 | 04-13-02 | DEPOSIT ITS FUNDS | 1.00- | 20.44 |
| 15834 | 15:41 | 04-14-02 | DEPOSIT ITS FUNDS | 1.00- | 19.44 |
| 15C33 | 19:33 | 04-14-02 | DEPOSIT ITS FUNDS | 1.00- | 18.44 |
| 00058 | 8:43 | 04-15-02 | SALE / REGULAR | 12.40- | 6.04 |
| 16353 | 12:04 | 04-15-02 | MONEY ORDER | 25.00 | 31.04 |

**** TRANSACTION TOTAL ****     43.05-

| -ENDING----- | AVAILABLE | ENCUMBRANCE | OUTSTANDING | SPECIAL | ACCOUNT |
|--------------|-----------|-------------|-------------|---------|---------|
|              | BALANCE | BALANCE | BALANCE | BALANCE | BALANCE |
|              | 31.04 | .00 | .00 | .00 | 31.04 |