UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 1 6 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MANUEL ALBERTO MARTINEZ | * | |
| VS | * | CIVIL ACTION NO. B-02-127 |
| FEDERAL BUREAU OF PRISONS | * | |

## ORDER

The Application to Proceed in Forma Pauperis is hereby **GRANTED**. Let the Applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

The Government is hereby ORDERED to respond to Petitioner's 42 U.S.C. Section 1983 Civil Rights Complaint on or before **September 16, 2002.**

DONE at Brownsville, Texas, this 16th day of July 2002.

Felix Recio
United States Magistrate Judge