UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL ALBERTO MARTINEZ, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-127 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Defendant. | § | |

United States District Court
Southern District of Texas
ENTERED

NOV 0 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. The Petitioner's 42 U.S.C. § 1983 Complaint is hereby DENIED.

DONE at Brownsville, Texas this 31 day of October, 2002.

Hilda Tagle
United States District Judge